**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JESSE KENLEY,
Petitioner,

v. Case No. 5:26-cv-529-KKM-PRL

WARDEN, FCC COLEMAN - USP II,
Respondent.

---

**ORDER**

Jesse Kenley initiated this action by petitioning for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1.) He failed to pay the filing fee or move for leave to proceed in forma pauperis. The July 29, 2026 standing order advises Kenley that he must pay the filing fee or move to proceed in forma pauperis within 30 days. (Doc. 2, pp. 1–2.) The standing order cautions Kenley that his "failure to comply with the rules or any Court order could result in sanctions, including dismissal[.]" (*Id.*, p. 1.) The standing order was sent to Kenley at his address on file and was not returned. To date, Kenley has failed to comply.

Accordingly, the Court **ORDERS** that this case is **DISMISSED without prejudice** for failure to comply with the Court's order and for failure to timely pay the filing fee or move for leave to proceed in forma pauperis. *See* M.D. Fla. Rule 6.04(b) ("In an in forma pauperis action by a person in custody, the judge can order the person to pay the clerk's and the marshal's fee. Failure

to pay can result in dismissal of the action."). The **CLERK** is directed to enter a judgment of dismissal without prejudice and to **CLOSE** this case.

**ORDERED** in Ocala, Florida on September 11, 2026.

Kathryn Kimball Mizelle
United States District Judge